UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONETTE FRY, | : | CIVIL NO.: 1:19-CV-01115 |
| Plaintiff, | : | |
| v. | : | (Chief Magistrate Judge Schwab) |
| SWEET HOME HEALTHCARE, LLC, | : | |
| Defendant. | : | |

### ORDER
July 23, 2020

Following our consideration of Antonette Fry's ("Fry") motion for default judgment (*doc. 31*), and in accordance with our memorandum opinion addressing the same, **IT IS ORDERED** that Fry's motion for default judgment is **GRANTED**. Judgment is entered against the defendants in the amount of **$60,550**, which sum is comprised of **$27,340.00** as to Fry's lost-wages damages; **$15,000.00** as to Fry's compensatory damages; and **$18,210.00** as to Fry's attorney's fees.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge