Sweet Home Healthcare, LLC
426 East Allegheny Avenue
Unit 1W
Philadelphia, PA  19134

Sweet Home Primary Care of Harrisburg, LLC
3908 Montella Circle
Collegeville, PA  19426

Sweet Home Primary Care of Harrisburg, LLC
101 South 25th St
Harrisburg, PA  17104