Sweet Home Healthcare, LLC
426 East Allegheny Avenue
Unit 1W
Philadelphia, PA  19134

FILED
SCRANTON

AUG 0 3 2021

PER _____
           DEPUTY CLERK

1:19 cv 1115

DOCS 35 + 36

